IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00988-WDM-MJW

STEVEN EARL COTTINGHAM,

    Plaintiff,

v.

ACTING WARDEN JONES, and
OTHER UNKNOWN STAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 4 2007

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

DATED at Denver, Colorado, on June 1, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00988-WDM-MJW

Steven Earl Cottingham
Reg. No. 23171-180
USP - Florence
PO Box 7000
Florence, CO 81226

Acting Warden Jones - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Acting Warden Jones; to The United States Attorney General; to the United States Attorney's Office: COMPLAINT FILED 5/14/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  6/4/07  .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk