IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00988-WDM-MJW

STEVEN EARL COTTINGHAM,

Plaintiff,

v.

ACTING WARDEN JONES, and
OTHER UNKNOWN STAFF,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Emergency Motion to Withdraw Petitioners [sic] Dismissal Request (Docket No. 12) is granted, and thus the plaintiff's Motion to Dismiss Civil Action (Docket No. 11) is deemed withdrawn.

It is hereby ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

To the Case Manager for:
Steven Earl Cottingham
#23171-180
Florence - USP
P.O. Box 7000
Florence, CO 81226

Date: June 26, 2007