IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00988-WDM-MJW

STEVEN EARL COTTINGHAM,

    Plaintiff,

v.

ACTING WARDEN JONES AND OTHER UNKNOWN STAFF,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 13, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge